**STATE v. HARRIS**

[326 N.C. 588 (1990)]

STATE OF NORTH CAROLINA v. STERLING PAYTON HARRIS Alias DAVY
RAY BOLDER

No. 483A89

(Filed 10 May 1990)

APPEAL of right by defendant pursuant to N.C.G.S. § 7A-30(1) (1989) from a unanimous decision of the Court of Appeals reported at 95 N.C. App. 691, 384 S.E.2d 50 (1989), affirming a judgment of imprisonment entered by *Helms, J.,* on 7 July 1988 in Superior Court, GUILFORD County, upon defendant's plea of guilty to the felony of possession of a firearm by a felon, entered after the denial of his motion to suppress evidence. Defendant preserved his right to appeal from the denial of his motion to suppress pursuant to N.C.G.S. § 15A-979(b) (1988). Heard in the Supreme Court 11 April 1990.

*Lacy H. Thornburg, Attorney General, by George W. Boylan, Special Deputy Attorney General, for the State.*

*Frederick G. Lind, Assistant Public Defender, for defendant-appellant.*

PER CURIAM.

Affirmed.